UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

TARA BRANDO SULLIVAN     CIVIL ACTION NO. 5:19-cv-0784

VERSUS          JUDGE DONALD E. WALTER

KTBS, LLC         MAGISTRATE HORNSBY

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, come Defendant, KTBS, LLC, ("KTBS"), who moves this Honorable Court as follows:

1.

This is an ADA disability discrimination suit filed by Tara Brando Sullivan ("Plaintiff" or "Sullivan") against her former employer, KTBS, LLC.   Plaintiff alleges she was discriminated against because she was regarded as disabled; she also alleges that KTBS failed to engage in the interactive process or obtain independent assessment as to whether reasonable accommodations were available.

2.

Plaintiff cannot establish a prima facie case of disability discrimination, as demonstrated by Plaintiff's own deposition testimony.   Plaintiff told KTBS she was restricted from driving for a period of six months per her neurologist, and thus she was not a qualified individual.   Driving was an essential function of her job as a multimedia journalist, or MMJ.   There was no reasonable accommodation available that would have allowed Plaintiff to drive.   The ADA does not require an employer to relieve an employee of any essential functions of her job, reassign existing

employees to perform those jobs, or hire others to do so.   At that time, KTBS did not have any equivalent or lesser positions which were vacant and which Plaintiff was able to perform the essential job duties with or without reasonable accommodations (the only other possible vacancy (the news producer position) also required producers to drive).

3.

For this same reason, Plaintiff cannot establish a failure-to-accommodate claim as there was no reasonable accommodation available that would have allowed Plaintiff to drive. Moreover, KTBS did make a good faith effort to discuss with Plaintiff and her family the limitations of her medical condition so they could determine what accommodations (if any) may be needed.   This is the essence of the interactive process.

4.

As is explained in more detail in the contemporaneously filed supporting memorandum, there are no genuine issues as to any fact material to this motion, and Defendant is entitled to judgment as a matter of law.

5.

As such, Defendant requests that, pursuant to Fed. R. Civ. Pro. 56, the Court grant its Motion for Summary Judgment and dismiss Plaintiff's lawsuit, in its entirety, with prejudice.

WHEREFORE, KTBS, LLC, PRAYS that this Motion for Summary Judgment be granted, dismissing Plaintiff's claims in their entirety, with prejudice, at her sole cost.

Respectfully submitted,

KEAN MILLER LLP

By: _____ /s/ Brian R. Carnie _____
          Brian R. Carnie, #30868

333 Texas Street, Suite 450
Shreveport, LA   71101
Telephone:   (318) 562-2700
Telecopier: (318) 562-2751
Email: brian.carnie@keanmiller.com

***ATTORNEYS FOR KTBS, LLC***

3