UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| TARA BRANDO SULLIVAN | CIVIL ACTION NO. 5:19-cv-0784 |
| VERSUS | JUDGE DONALD E. WALTER |
| KTBS, LLC | MAGISTRATE HORNSBY |

**O R D E R**

The foregoing Motion considered:

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is granted. Plaintiff's Complaint is dismissed in its entirety, with prejudice.

THUS DONE AND SIGNED on this _____ day of _____, 2020.

_____
U.S. DISTRICT JUDGE