UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

TARA BRANDO SULLIVAN            CIVIL ACTION NO. 5:19-cv-0784

VERSUS                          JUDGE DONALD E. WALTER

KTBS, LLC                       MAGISTRATE JUDGE HORNSBY

## DECLARATION OF SHERRI MCCALLIE

I, Sherri McCallie, being duly sworn, depose and say as follows:

1. I am the controller at KTBS, LLC ("KTBS"). I have served in that capacity since 1998.

2. As controller, I am responsible for the financials, billing, accounts payable, payroll, employee onboarding, and overseeing HR functions (including the KTBS handbook and policies) at the station. Due to our relatively small workforce, KTBS does not have a dedicated HR manager or director. We typically consult with outside legal counsel as needed concerning labor and employment law issues and legal compliance.

3. KTBS is committed to equal employment opportunity and at all relevant times during Plaintiff's employment had formal "Equal Employment Opportunity" and non-discrimination/anti-harassment policies in our employee handbook, a copy of which was provided to and made available to Plaintiff at the time of her hire. The KTBS EEO policy states that KTBS administers all personnel actions without regard to "handicap" or "job-related disability", among other protected characteristics.

4. Attached as Exhibit 15 is a true and correct copy of the Producer position vacancy which KTBS posted on April 28, 2017. Our records indicate that it was ultimately decided not to fill this position. However, as reflected on the posting notice, we require a clean driving requires as it is my understanding that producers are required to drive as part of their regular essential job duties for KTBS business as they perform some reporting duties in addition to producing duties.

5. Attached as Exhibit 16 is a true and correct copy of the Multimedia Journalist position vacancy which KTBS posted shortly after Plaintiff's employment ended in May 2017.

I certify under penalty of perjury that the foregoing is true and correct.

_____
SHERRI MCCALLIE



# News Producer

Job ID: NP-2

We are looking for an experienced, energetic, and self-starting News Producer. If you like to produce fast-paced, creative newscasts and enjoy working in a team environment, this is the job for you.

**Responsibilities include but not limited to:**

- determine from available sources what will appear on daily news programs and in what order, length and form
- produce, write and coordinate coverage for newscasts
- oversee production of the scripts
- oversee on-air production of newscasts; make changes as necessary and ensure that all items are complete
- coordinate incoming satellite feeds from the network and other sources

**Requirements include:**

- two years of experience in a television news environment preferred
- superior writing and computer skills
- team leadership and great news judgment
- must be organized and have the ability to work under time pressure deadlines
- ability to calmly handle live, breaking news situations and changing events
- ability to work flexible shifts including weekends and holidays
- clear driving record and satisfactory pre-employment drug test

If qualified, please send cover letter, resume/application, and a link to your online reel with samples of your work. EOE.



312 E. Kings Highway
Shreveport, Louisiana 71104
318-861-5800

HOME    NEWS    WEATHER    SPORTS    COMMUNITY
         VIDEO    CONTESTS    MORE

**EXHIBIT 15**

  (/shreveport/jobs-at-ktbs-tv/281246/)


- Full Time
- Immediately
- Shreveport, LA
- 3 minutes ago

Apply Now! (/shreveport/job-apply/122175640/)

Share with friends:

# Immediate Opening

## MULTIMEDIA JOURNALIST

KTBS-3 is seeking a talented Multimedia Journalist.

Responsibilities include but not limited to: Travel to scenes where news is happening; write, produce, and report under deadline pressure; handle a variety of news reporting assignments; use the Web and Social Media to push viewers to our broadcasts, develop a high personal profile and cultivate stories.

Requirements include but not limited to: Two years of experience in a broadcast news environment; ability to generate story ideas into lead stories; do enterprise reporting; ability to get answers to tough questions; write-it-like-he or she-talks-it; can deal with confrontation; work at a high level with multiple hard deadlines; ability to work flexible hours is a must; clear driving record and satisfactory pre-employment drug test.

Equal Opportunity Employer

Apply Now! (/shreveport/job-apply/122175640/)

**Or, apply to this job:**

**By Mail**



312 East Kings Highway Shreveport, LA 71104

Visit http://www.ktbs.com
☑ (http://www.ktbs.com) to learn more about **KTBS TV**.

See all current jobs at **KTBS**

**EXHIBIT 16**

| Date | Title | Area | Action | |
|---|---|---|---|---|
| June 21, 2017 | MULTIMEDIA JOURNALIST | | Re-Run Job Posting 30 Days | 1 |
| June 26, 2017 | MULTIMEDIA JOURNALIST | Monroe Area | Re-Run Job Posting 30 Days | 1 |
| June 26, 2017 | MULTIMEDIA JOURNALIST | East Texas Area | Modify / Upgrade Job | 1 |
| June 26, 2017 | MULTIMEDIA JOURNALIST | Texarkana Area | Modify / Upgrade Job | 1 |