May 11, 2017

Ms. Tara Brando Sullivan
224 Harders Crossing Blvd
Shreveport, LA  71106

Tara:

This is to confirm that you are on unpaid medical leave pending further information about your ability to return to work with or without restrictions.  You do not qualify for FMLA leave since you have not worked for KTBS for at least 12 months or 1,250 hours.

Based on information conveyed by your mother this week, it is our understanding that your doctors still do not know what caused you to faint on May 2, 2017, and that you are still experiencing spinning / vertigo problems.  At this point, it is unclear when you might be able to return to work.

Please continue to keep us updated about any changes in your status as it relates to when you might be able to return to work.  We would appreciate at least weekly status updates.

We will need a fitness for duty from your healthcare provider before you are allowed to return to work.

Regarding your group health insurance for you and your dependents, your coverage will continue while you are on approved leave of absence.  However, you will be required to pay us for your portion of the premiums, which totals $225.00 per month.  For the month of May, we've already deducted $112.50 from your May 5th paycheck.  You may contact me to make arrangements about the remaining $112.50 you owe for May as well as for future months.  Failure to pay the employee portion of premiums in the allowable grace period could cause your coverage to terminate for nonpayment of premiums.  Further information about your rights can be found in the plan document.

Should you have any questions or concerns, please call me.  We are thinking of you and hope for a quick recovery.

Sincerely,


Sherri McCallie
Controller


Blank

**EXHIBIT**

tabbies

3