

May 24, 2017

Tara Brando Sullivan
224 Harders Crossing Blvd
Shreveport, La 71106

Dear Tara:

On Friday, May 19, 2017, you let us know that your doctor had restricted you from driving for at least the next six months.

Driving is an essential function of your MMJ position and all KTBS newsroom positions. Also, it does not appear there are any other reasonable accommodations that could be made that would enable you to drive sooner than six months.

Given these circumstances, KTBS has no choice but to end your employment effective May 24, 2017. Once your doctors release you to return to work and/or permit you to drive, we invite you to reapply for any positions that may be available at that time and for which you are otherwise qualified.

You will be receiving notice about your rights to elect COBRA continuation coverage under KTBS' group health plan in a separate letter from our plan administrator. Should you have any questions, please do not hesitate to call.

Sincerely,

Sherri McCallie
Controller

      

312 E. Kings Highway, Shreveport, LA 71104
Post Office Box 44227, Shreveport, LA 71134-4227
318-861-5800 main | 318-219-4634 fax



EXHIBIT
4