Terri Brando texts with Randy Bain




**Left screen:**

Text Message
Mon, May 8, 10:2? AM

Hi Randy! Tara wanted me to make sure you remembered she was going back to the doctor today and not able to come in to work. She is still having issues and I will let you know what the doctor says after her appt today. Thanks too for coming to see her Friday!!! Much appreciated! Terri Brando

Yes. I hope she is feeling better and that

**Right screen:**

Yes. I hope she is feeling better and that they can help her

Mon, May 8, ?:12 ?M

Hi Randy just got her home about an hour ago now. Went to her doctor that had her in the hospital. He after checking her for awhile sent us to an ENT doctor. They did more procedures to try to fix the dizziness spinning vertigo stuff. No change. Going back there tomorrow for them to do them again



EXHIBIT 7





AT&T
10:36 AM
84%
RB
Randy
them to do them again and possibly other procedures too. Brutal watching her go through all that. It makes the spinning much worse. Hopeing for better results tomorrow and a appt with a neurologist too. I'll keep you posted for her. Thanks!
Tue, May 9, 5:59 PM
Hi again randy. Sorry I am just now getting to you. I was suppose to text you about 6 but haven't had a second

AT&T
10:37 AM
83%
RB
Randy
haven't had a second and just remembered! Tara John and I went back to the ENT again today. The doctor repeated some of the procedures from yesterday and did some others to see if there was any change in Tara's spinning / vertigo problem. She still is having that problem. He believes now it is not inner ear causing this and as does her other doctor they agree the next step is to see a neurologist like I

x



Left screenshot (Randy):
> neurologist like I mentioned yesterday. We are waiting to hear when that appt is. Hopefully tomorrow. Meanwhile she is still restricted to not getting up by herself and still needs help to walk around etc. They are hopeing this is still symptoms from the concussion and that it will all go away soon. I'll stay in touch. You can call Tara if you like but she is not always able to talk. That is why she has me keeping you informed! Thanks

Right screenshot (Randy):
> you informed! Thanks Randy!!!

Wed, May 10, 12:00 PM

> I appreciate you keeping me informed. As always let her know that we are thinking about her and not to worry about work getting better is the priority.

Thu, May 11, 7:58 PM

> Hey Randy. I just wanted to give you an update. Tara is still weak and experiencing





Left screenshot (Randy, 10:38 AM):
> ...weak and experiencing extreme headaches nausea and vomiting. She is also still having vertigo and is a fall risk. As of today she is scheduled to see a neurologist next Thursday but we are hoping for a possible cancellation early next week to get her in there sooner. She hopes to be back as soon as the Dr. gives her the all clear. Tara appreciates hearing from those who have reached out to her from the news room. Thanks!

Right screenshot (Randy, 10:39 AM):
> Dr. gives her the all clear. Tara appreciates hearing from those who have reached out to her from the news room. Thanks!
> Terri Brando

Fri, May 12, 4:44 PM

> Terri, I appreciate the update and I'm glad to hear News Room staff for checking up on her. I hope that opening with a neurologist happens! The sooner the better! Let her know we're thinking about her. Randy