

and I will let you know what the doctor says after her appt today. Thanks too for coming to see her Friday!!! Much appreciated! Terri Brando

Hi Randy! Tara wanted me to make sure you remembered she was going back to the doctor today and not able to come in to work. She is still having Issues

Yes. I hope she is feeling better and that they can help her

sibly other procedures too.
Brutal watching her go through all that. It makes the spinning much worse. Hopeing for better results tomorrow and a appt wi

th a neurologist too.
I'll keep you posted for her. Thanks!



EXHIBIT 8

KTBS000034



they can help her

sibly other procedures too.
Brutal watching her go through all that. It makes the spinning much worse. Hopeing for better results tomorrow and a appt wi

th a neurologist too.
I'll keep you posted for her. Thanks!

Hi Randy just got her home about an hour ago now. Went to her doctor that had her in the hospital. He after checking her for awhile sent us to an ENT do

ctor. They did more procedures to try to fix the dizziness spinning vertigo stuff. No change. Going back there tomorrow for them to do them again and pos



Hi again randy. Sorry I am just now getting to you. I was suppose to text you about 6 but haven't had a second and just remembered!




KTBS000035

**Terri Tara's Mom** — Mobile

them to do them again and pos

Hi again randy. Sorry I am just now getting to you. I was suppose to text you about 6 but haven't had a second and just remembered!
Tara John and I went back to the ENT again today. The doctor repeated some of the procedures from yesterday and did some others to see if there was any change in Tara's spinning / vertigo problem. She still is having that problem. He believes now it is not inner ear causing this and as does her other doctor they agree the next step is to see a neurologist like I mentioned yesterday.
We are waiting to hear when that appt is. Hopefully tomorrow. Meanwhile she is still restricted to not getting up by herself and still needs help to walk around etc. They are hopeing this is still symptoms from the concussion and that it will all go away soon. I'll stay in touch. You can call Tara if you like but she is not always able to talk. That is why she has me keeping you informed! Thanks Randy!!!

KTBS000036



I appreciate you keeping me informed. As always let her know that we are thinking about her and not to worry about work getting better is the priority.

Hey Randy. I Just wanted to give you an update. Tara is still weak and experiencing extreme headaches nausea and vomiting. She is also still having vert

igo and is a fall risk.
As of today she is scheduled to see a neurologist next Thursday but we are hoping for a possible cancellation early next week to

get her in there sooner. She hopes to be back as soon as the Dr. gives her the all clear. Tara appreciates hearing from those who have reached out to h

er from the news room. Thanks!
Terri Brando




KTBS000037

**Terri Tara's Mom** — Mobile

Hey Randy. I Just wanted to give you an update. Tara is still weak and experiencing extreme headaches nausea and vomiting. She is also still having vert

igo and is a fall risk.
As of today she is scheduled to see a neurologist next Thursday but we are hoping for a possible cancellation early next week to

get her in there sooner. She hopes to be back as soon as the Dr. gives her the all clear. Tara appreciates hearing from those who have reached out to h

er from the news room. Thanks!
Terri Brando

Terri, I appreciate the update and I'm glad to hear News Room staff for checking up on her. I hope that opening with a neurologist happens! The sooner the better! Let her know we're thinking about her.
Randy

Sent

KTBS000038