**Sherri McCallie**

From: Randy Bain
Sent: Tuesday, May 02, 2017 4:10 PM
To: Sherri McCallie; Winnie Scott; George Sirven
Subject: Tara Brando

Winnie, Sherri, George,

Today around 1:50 pm I received a call from Trey Lankford letting me know that Tara Brando had fallen out. Trey and Tara were shooting a Canton Texas tornado folo near Emory Texas off HWY 169 when Tara called out saying she was weak and collapsed. When I spoke to Trey he stated a nurse had been nearby and was tending to her as paramedics were arriving. The paramedics needed Trey so I let him go and called Winnie for family contact numbers.

Winnie was able to provide Tara's husbands John's number and the number for her mother. I called John, as I was explaining what happened Trey called back requesting someone who knew family history call and talk to the paramedics. I gave John, Trey's number and let him go so he could call the paramedics. I then called Tara's mother and explained everything to her.

A little later Trey called back to let me know that paramedics were transporting Tara to a Sulfur Springs, Texas hospital. Trey planned to follow the ambulance and stay with Tara until family arrived.

Randy Bain
KTBS 3 KPXJCW 21 News Director
Office (318) 861-5844
Cell (318) 464-0023
Fax (318) 219-4680
312 E. Kings Hwy
Shreveport, LA 71104

1



DEPOSITION EXHIBIT 9

KTBS000001