**Winnie Scott**

**From:** Randy Bain
**Sent:** Wednesday, May 10, 2017 12:09 PM
**To:** George Sirven; Winnie Scott; Sherri McCallie
**Subject:** Producer MMJ Tara update

George, Winnie, Sherri
Below are messages from Tara's mom Terri Brando. Some are broken but that is how they came to me. Doctors are still trying to diagnose her ailment. Tara has been out a full week now, so I need advice on how to handle the HR aspects this. Let me know

Monday 10 26am
and I will let you know what the doctor says after her appt today. Thanks too for coming to see her Friday!! Much appreciated!
Terri Brando

Hi Randy! Tara wanted me to make sure you remembered she was going back to the doctor today and not able to come in to work. She is still having issues

Monday 7 12pm
sibly other procedures too
Brutal watching her go through all that. It makes the spinning much worse. Hoping for better results tomorrow and a appt with a neurologist too
I'll keep you posted for her. Thanks

Hi Randy just got her home about an hour ago now. Went to her doctor that had her in the hospital. He after checking her for awhile sent us to an ENT doctor. They did more procedures to try to fix the dizziness spinning vertigo stuff. No change. Going back there tomorrow for them to do them again and pos

Yesterday
Hi again randy. Sorry I am just now getting to you. I was suppose to text you about 6 but haven't had a second and just remembered!
Tara John and I went back to the ENT again today. The doctor repeated some of the procedures from yesterday and did some others to see if there was any change in Tara's spinning / vertigo problem. She still is having that problem. He believes now it is not inner ear causing this and as does her other doctor they agree the next step is to see a neurologist like I mentioned yesterday.
We are waiting to hear when that appt is. Hopefully tomorrow. Meanwhile she is still restricted to not getting up by herself and still needs help to walk around etc. They are hoping this is still symptoms from the concussion and that it will all go away soon I'll stay in touch. You can call Tara if you like but she is not always able to talk. That is why she has me keeping you informed Thanks Randy"

Randy Bain
KTBS 3 KPXJCW 21 News Director
Office (318) 861-5844
Cell (318) 464-0023
Fax (318) 219-4680
312 E. Kings Hwy
Shreveport, LA 71104



KTBS000002