**Sherri McCallie**

**From:** Randy Bain
**Sent:** Friday, May 19 2017 3:23 PM
**To:** George Sirven; Sherri McCallie; Winnie Scott
**Subject:** Tara today

George, Sherri, Winnie,

I was able to talk to Tara today. Seeing a neurologist has provided some answers for Tara. After undergoing several tests the neurologists feels she is experiencing seizures or something very similar to a seizure.
She has begun taking medication that should get her close to near normal, but her driving will be restricted for the next 6 months.
She says she misses work, loves what she does and hopes she can return at some point. I told her to focus on her health and we would figure out the work thing when she gets well.
She wants us to keep this information between as few as possible.

Randy Bain
KTBS 3 KPXJCW 21 News Director
Office (318) 861-5844
Cell (318) 464-0023
Fax (318) 219-4680
312 E. Kings Hwy
Shreveport, LA 71104



DEPOSITION EXHIBIT
11

1

KTBS000004