**Sherri McCallie**

From: Randy Bain
Sent: Wednesday, May 24, 2017 6:01 PM
To: George Sirven; Winnie Scott; Sherri McCallie
Subject: RE: Tara

I spoke with Tara again about an hour ago and I basically repeated what was stated in the letter. Tara just came to my office and dropped off her phone.

Randy

From: Randy Bain
Sent: Wednesday, May 24, 2017 12:46 PM
To: George Sirven <gsirven@ktbs.com>; Winnie Scott <Personnel@ktbs.com>; Sherri McCallie <Accounting@ktbs.com>
Subject: Tara

George, Sherri, Winnie,
I was able to contact Tara moments ago. I let her know that based on the driving restrictions put in place by her doctor, it was decided that she would be released from employment based on job criteria (ability to drive) and reapply when her restrictions had been lifted. She then asked if she would receive a letter stating that and I told her, yes.
There was a pause and then she quickly asked if she could call me back... I said yes and she hung up.

Randy Bain
KTBS 3 KPXJCW 21 News Director
Office (318) 861-5844
Cell (318) 464-0023
Fax (318) 219-4680
312 E. Kings Hwy
Shreveport, LA 71104

1


DEPOSITION EXHIBIT 12

KTBS000005