UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| TARA BRANDO SULLIVAN | CIVIL ACTION NO. 5:19-CV-0784 |
| VERSUS | JUDGE DONALD E. WALTER |
| KTBS, LLC | MAGISTRATE HORNSBY |

Exhibit 17 of Defendant, KTBS, LLC's, Motion for
Summary Judgment is being filed pursuant to an
Unopposed Motion for Leave to File Medical Records in
Support of the Motion for Summary Judgment Under Seal