**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| TARA BRANDO SULLIVAN | CIVIL ACTION NO. 5:19-cv-0784 |
| VERSUS | JUDGE DONALD E. WALTER |
| KTBS, LLC | MAGISTRATE JUDGE HORNSBY |

### PLAINTIFF TARA BRANDO SULLIVAN'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff Tara Brando Sullivan ("Plaintiff" or "Ms. Sullivan") who, in opposition to the *Defendant's Motion for Summary Judgment* filed by Defendant KTBS, L.L.C. ("Defendant" or "KTBS") respectfully shows as follows:

1. Defendant filed its *Motion for Summary Judgment* alleging that Plaintiff cannot present a *prima facie* case of disability discrimination or a violation of the Americans With Disabilities Act as Amended in 2008 ("KTBS Motion"). Such a determination necessarily entails the assessment of credibility which is not to be considered in a summary judgment determination.

2. Plaintiff submits that genuine issues of fact exist as to whether the facts of this case are sufficient to support a claim for disability discrimination under applicable law.

3. Plaintiff submits that genuine issues of material fact exist regarding Plaintiff's claims.

4. Plaintiff additionally files of record contemporaneously herewith, her responses to the Defendant's Statement of Material Undisputed Facts and her own Statement of Contested Material Facts.

5. Plaintiff incorporates herein by specific reference her *Memorandum in Opposition to Defendant's Motion for Summary Judgment* and all arguments contained therein and all attachments made a part thereof.

6. Plaintiff is entitled to and desires that the KTBS Motion be denied entirely and further, that she be awarded all such relief to which she is entitled at law or in equity.

WHEREFORE, Plaintiff prays that after due proceedings are had that the Defendant KTBS's *Motion for Summary Judgment* be denied entirely, and that Plaintiff be awarded all such relief to which she is entitled at law or in equity.

Respectfully submitted,

DOWNER, JONES, MARINO & WILHITE

*/s/Allison A. Jones*_____
**Allison A. Jones, Bar #16990**

401 Market Street, Suite 1250
Shreveport, LA 71101
Telephone: 318/213-4444
Facsimile: 318/213-4445
ajones@dhw-law.com
ATTORNEY FOR PLAINTIFF