# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| TARA BRANDO SULLIVAN | CIVIL ACTION NO. 19-0784 |
| VERSUS | JUDGE DONALD E. WALTER |
| KTBS, LLC | MAGISTRATE JUDGE HORNSBY |

## **ORDER**

Before the Court is a Motion for Summary Judgment filed by the Defendant, KTBS, LLC ("KTBS"). See Record Document 16. The Plaintiff, Tara Brando Sullivan ("Sullivan"), opposes the motion. See Record Document 22.[1]

Upon due consideration, KTBS's Motion for Summary Judgment is **DENIED**. Genuine issues of material fact remain as to whether KTBS could have provided Sullivan with a reasonable accommodation.

THUS DONE AND SIGNED, in Shreveport, Louisiana this 23rd day of June, 2021.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a corrected Memorandum in Opposition to Defendant's motion for summary judgment without leave of the court. See Record Document 22. A deficiency notice was issued to counsel by the Clerk of Court. See Record Document 23. Counsel did not cure the deficiency in the record. However, the Court has reviewed the original and corrected memoranda and notes that the changes between the two appear to be simple formatting corrections to legal citations. The Court accepts and has considered the corrected memorandum.